JS-6

Long K. Bui, Esq. Bar#189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd., Suite 327
Los Angeles, California 90064

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| FEDEX TECHCONNECT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MASS CONNECTIONS, INC., A CALIFORNIA CORPORATION<br><br>Defendants. | Case No. **CV11-04848 DDP (SSx)**<br><br>**COURT JUDGMENT** |

WHEREAS upon reading, listing, and considering the facts presented,

IT IS HEREBY ORDERED THAT,

Court Judgment be entered against MASS CONNECTIONS, INC., A CALIFORNIA CORPORATION in the total amount of $208,439.11 comprised of:

    Damages:                  $208,020.61

    Costs:                        <u>$418.50</u>

    Total Judgment:     $208,439.11

DATED:  April 12, 2012

_(signature)_
United States District Judge