JS-6

Long K. Bui, Esq. Bar#189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd., Suite 327
Los Angeles, California 90064

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| FEDEX TECHCONNECT, INC. | Case No. **CV11-04848 DDP (SSx)** |
| Plaintiffs, | |
| v. | **COURT JUDGMENT** |
| MASS CONNECTIONS, INC., A CALIFORNIA CORPORATION | |
| Defendants. | |

WHEREAS upon reading, listing, and considering the facts presented,

IT IS HEREBY ORDERED THAT,

Court Judgment be entered against MASS CONNECTIONS, INC., A CALIFORNIA CORPORATION in the total amount of $208,439.11 comprised of:

| | |
|---|---|
| Damages: | $208,020.61 |
| Costs: | $418.50 |
| Total Judgment: | $208,439.11 |

DATED: April 12, 2012

_____
United States District Judge